Case 4:16-cv-00739   Document 17   Filed on 09/29/17 in TXSD   Page 1 of 2
Case 4:16-cv-00739   Document 16   Filed in TXSD on 09/28/17   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 29, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROMAN DEL BOSQUE and RUDEL DEL BOSQUE,<br>Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 4:16-cv-0739 |
| QUINN'S RENTAL SERVICES (USA), LLC, F/K/A QUINN'S ENERGY SERVICES, LLC, F/K/A LEE SPECIALTIES (USA), LLC, JAMES R. LEE, DOUG QUINN, and STEVE VAN TETERING,<br>Defendants. | §<br><br><br><br>§ | <br><br><br><br>JURY DEMANDED |

## AGREED FINAL JUDGMENT

The Court considered the agreement by Plaintiffs, Roman del Bosque and Rudel del Bosque, and Defendant, Quinn's Rental Services (USA), LLC, f/k/a Quinn's Energy Services, LLC, f/k/a Lee Specialties (USA), LLC, and hereby enters a judgment in favor of Plaintiffs and against Defendant.

The Court therefore renders judgment in favor of Plaintiff Roman del Bosque and against Defendant Quinn's Rental Services (USA), LLC, f/k/a Quinn's Energy Services, LLC, f/k/a Lee Specialties (USA), LLC, as follows:

$29,160.00 for unpaid overtime; and

$29,160.00 for liquidated damages.

The Court further renders judgment in favor of Plaintiff Rudel del Bosque and against Defendant Quinn's Rental Services (USA), LLC, f/k/a Quinn's Energy Services, LLC, f/k/a Lee Specialties (USA), LLC, as follows:

$27,540.00 for unpaid overtime; and

$27,540.00 for liquidated damages.

The Court further renders judgment in favor of Plaintiffs Roman del Bosque and Rudel del Bosque, and against Defendant Quinn's Rental Services (USA), LLC, f/k/a Quinn's Energy Services, LLC, f/k/a Lee Specialties (USA), LLC, as follows:

$15,000.00 for attorney's fees; and

$400.00 for costs of court.

Plaintiff shall also recover post-judgment interest on the total judgment at the rate of 0.15% per annum until paid in full.

Additionally, this Court retains jurisdiction over any future attorney's fees and costs incurred by Plaintiff, including fees and costs that may be incurred defending an appeal and collecting this final judgment

All relief not expressly granted herein is denied. This is a FINAL JUDGMENT.

Signed in Houston, Texas on Sept. 29, 2017

_____
**THE HON. VANESSA D. GILMORE,
UNITED STATES DISTRICT JUDGE**

AGREED AS TO FORM:

*/s/ Josef F. Buenker*
Josef F. Buenker
TBA No. 03316860
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388
713-683-9940 (fax)
jbuenker@buenkerlaw.com

Counsel for Plaintiffs

*/s/ Randall L. Rouse*
Randall L. Rouse
TBA No. 17324300
300 North Marienfeld, Suite 700
Midland, Texas 79701
432-683-3351 Telephone
432-683-2587 Facsimile
rrouse@lcalawfirm.com

Counsel for Defendant